# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MV TRANSPORTATION, INC.,

    Plaintiff(s),

vs.

AMALGAMATED TRANSIT UNION LOCAL,

    Defendant(s).

Case # __2:25-cv-01051-JCM-DJA__

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Kerry S. Martin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fisher & Phillips, LLP_____
(firm name)

with offices at _____3200 N. Central Avenue, Suite 1550_____,
(street address)

_____Phoenix_____, _____Arizona_____, _____85012_____,
(city) (state) (zip code)

_____(602) 281-3416_____, _____kmartin@fisherphillips.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____MV Transportation, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 9/7/2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court of Arizona | 9/7/2005 | 023728 |
| Maricopa County Superior Court | 9/7/2005 | 023728 |
| Indiana Supreme Court | 11/29/2001 | 23059-49 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Petitioner was administratively suspended (not disbarred) from the practice of law in Indiana, effective May 21, 2008, for non-compliance of his continuing legal education requirements. Petitioner has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme court Disciplinary Commission.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Arizona State Bar Association
Maricopa County Bar Association
Indiana State Bar Associatin (inactive)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8/21/2025 | 2:24-cv-00646 | US District Court of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Arizona___ )
)
COUNTY OF ___Maricopa___ )

___Kerry S. Martin___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __July__, __2025__.

_____
Notary Public or Clerk of Court

MICHELLE C. XOCHICALE
Notary Public, State of Arizona
Maricopa County
Commission # 671685
My Commission Expires
July 31, 2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___David B. Dornak___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___300 S. Fourth Street, Suite 1500___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)        (state)          (zip code)

___(702) 862-3812___, ___ddornak@fisherphillips.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David B. Dornak_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Rebecca Chartan, Deputy General Counsel & Asst. Corp. Sec
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6274                    ddornak@fisherphillips.com
Bar number              Email address

APPROVED:

Dated: July 3, 2025.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**STATE BAR OF ARIZONA**

June 6, 2025

Kerry Scott Martin
kmartin@fisherphillips.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Kerry Scott Martin.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:        September 7, 2005.
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center



4201 N. 24th Street    Suite 100    Phoenix, AZ 85016-6266
PH: 602-252-4804    FAX: 602-271-4930    WEB: www.azbar.org



# Office of Admissions & Continuing Education

Bradley Skolnik, Executive Director • 317-232-2552 • courts.in.gov

CERTIFICATION OF DILIGENT SEARCH

I, Bradley W. Skolnik, Executive Director, Office of Admissions and Continuing Education, Indiana Supreme Court do hereby certify that I have made, or have caused to be made, a diligent search of the records of the Roll of Attorneys involving:

Kerry S. Martin

I further certify that our records indicate he was admitted to the bar of the Indiana Supreme Court on November 19, 2001; that he was administratively suspended (not disbarred) from the practice of law in Indiana, effective May 21, 2008, for non-compliance of his continuing legal education requirements; and that he remains administratively suspended as of the date of this Certification. We can also report that Kerry S. Martin has never been subject to any formal disciplinary proceeding initiated by the Indiana Supreme Court Disciplinary Commission.

In testimony whereof, I have hereunto subscribed my name and affixed the Seal of the Indiana Supreme Court, Court of Appeals and Tax Court this 5th day of June, 2025.

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

BWS/td

Indiana Supreme Court Office of Judicial Administration
Office of Admissions & Continuing Education • 251 N. Illinois Street, Suite 550 • Indianapolis, IN 46204