**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
KERRY S. MARTIN, ESQ.
*Admitted pro hac vice*
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South 4th Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: kmartin@fisherphillips.com
Email: akheel@fisherphillips.com
*Attorneys for Petitioner and Counter-Respondent*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No. 2:25-cv-01051-JCM-DJA |
| Petitioner and Counter-Respondent, | ~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO RESPONDENT'S COUNTER-PETITION TO CONFIRM ARBITRATION AWARD |
| v. | |
| AMALGAMATED TRANSIT UNION LOCAL 1637, | **(FIRST REQUEST)** |
| Respondent and Counter-Petitioner. | |

Petitioner and Counter-Respondent MV Transportation, Inc. ("MV" or "the Employer"), by and through its counsel of record, Fisher Phillips LLP, and Respondent and Counter-Petitioner Amalgamated Transit Union Local 1637 ("ATU 1637" or "Respondent") hereby stipulate and agree to extend the deadline for Petitioner and Counter-Respondent to file its response to Respondent's Counter-Petition to Confirm Arbitration Award (ECF No. 4) from **July 18, 2025 to August 1, 2025**.

This request is not made for the purpose of delay. Instead, this request is made to allow the parties to discuss settlement options. This is the first request for an

FP 55514248.1

extension of this deadline. For good cause shown, the parties request that their stipulation be granted.

Dated this 16th day of July 2025.

| REESE RING VELTO, PLLC | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ Nathan Ring<br>NATHAN R. RING, ESQ.<br>BRADLEY C.W. COMBS, ESQ.<br>3100 W. Charleston Blvd., Suite 208<br>Las Vegas, NV  89102<br>*Attorneys for Respondent/Counter-Petitioner* | /s/ David B. Dornak<br>DAVID B. DORNAK, ESQ.<br>KERRY S. MARTIN, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Petitioner/ Counter-Respondent* |
| NEYHART, ANDERSON, FLYNN & GROSBOLL<br><br>/s/ Benjamin K. Lunch<br>BENJAMIN K. LUNCH, ESQ.<br>CASSIE M. PEABODY, ESQ.<br>369 Pine Street, Suite 800<br>San Francisco, CA 94104<br>*Attorneys for Respondent/Counter-Petitioner* | |

**ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2025

FP 55514248.1