**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
KERRY S. MARTIN, ESQ.
*Admitted pro hac vice*
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South 4th Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: kmartin@fisherphillips.com
Email: akheel@fisherphillips.com
*Attorneys for Petitioner and Counter-Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No. 2:25-cv-01051-JCM-DJA |
| Petitioner and Counter-Respondent, | **STIPULATION AND ORDER FOR SPECIAL SCHEDULING ORDER CONCERNING REVIEW OF ARBITRATION AWARD** |
| v. | |
| AMALGAMATED TRANSIT UNION LOCAL 1637, | |
| Respondent and Counter-Petitioner. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Court enter a scheduling order pursuant to Local Rule 16-1(c)(8) establishing a briefing schedule for cross-motions for summary judgment as follows:

This case involves judicial review of an arbitration award, which are normally scheduled for briefing pursuant to Local Rule 16-1(c)(8) and are resolved through cross-motions for summary judgment to vacate and affirm the arbitration award.  The parties, therefore, have agreed to file motions for summary judgments pursuant to the following scheduling order:

1. Within 60 days of entry of this Order, Petitioner and Counter-Respondent will file a motion for summary judgment.

2. Respondent and Counter-Petitioner will file its response and cross-motion for summary judgment within 60 days of service of Plaintiff's motion.

3. Petitioner and Counter-Respondent will have 30 days from service of the opposition to its motion to file a reply.

Dated this 11th day of August 2025.

| REESE RING VELTO, PLLC | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ *Nathan Ring* | /s/ *David B. Dornak* |
| NATHAN R. RING, ESQ. | DAVID B. DORNAK, ESQ. |
| BRADLEY C.W. COMBS, ESQ. | KERRY S. MARTIN, ESQ. |
| 3100 W. Charleston Blvd., Suite 208 | ALLISON L. KHEEL, ESQ. |
| Las Vegas, NV 89102 | 300 South Fourth Street |
| *Attorneys for Respondent/Counter-Petitioner* | Suite 1500 |
| | Las Vegas, Nevada 89101 |
| | *Attorneys for Petitioner/Counter-Respondent* |

NEYHART, ANDERSON, FLYNN & GROSBOLL

 /s/ *Benjamin K. Lunch*
BENJAMIN K. LUNCH, ESQ.
CASSIE M. PEABODY, ESQ.
369 Pine Street, Suite 800
San Francisco, CA 94104
*Attorneys for Respondent/Counter-Petitioner*

**ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/13/2025

2