**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South 4th Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: akheel@fisherphillips.com

**JACKSON LEWIS, P.C.**
KERRY S. MARTIN, ESQ.
*Admitted pro hac vice*
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016
Telephone: 602-714-7031
Email: Kerry.Martin@jacksonlewis.com
*Attorneys for Petitioner and Counter-Respondent*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No. 2:25-cv-01051-JCM-DJA |
| Petitioner and Counter-Respondent, | **STIPULATION AND ORDER TO EXTEND TIME FOR PETITIONER AND COUNTER-RESPONDENT TO FILE ITS MOTION FOR SUMMARY JUDGMENT IN SUPPORT OF ITS PETITION TO CONFIRM ARBITRATION AWARD** |
| v. | |
| AMALGAMATED TRANSIT UNION LOCAL 1637, | |
| Respondent and Counter-Petitioner. | **(FIRST REQUEST)** |

Petitioner and Counter-Respondent MV Transportation, Inc. ("MV" or "the Employer"), by and through its counsel of record, Fisher Phillips LLP, and Respondent and Counter-Petitioner Amalgamated Transit Union Local 1637 ("ATU 1637" or "Respondent") hereby stipulate and agree to extend the deadline for Petitioner and

FP 57069482.2

Counter-Respondent to file its Motion for Summary Judgment from **October 10, 2025 to November 10 2025.**

Respondent and Counter-Petitioner will file its response and cross-motion for summary judgment within 60 days of service of Petitioner's motion. Petitioner and Counter-Respondent will then have 30 days from the service of opposition to its motion to file a reply.

This request is not made for the purpose of delay. Instead, counsel for MV, Kerry Martin, recently changed law firms and is in the process of completing his move. Additionally, counsel for MV, David Dornak is scheduled to be out of the office beginning on October 10th for a previously scheduled trip. This is the first request for an extension of this deadline. For good cause shown, the parties request that their stipulation be granted.

Dated this 1st day of October, 2025.

| REESE RING VELTO, PLLC | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ Nathan Ring | /s/ Allison List Kheel |
| NATHAN R. RING, ESQ.<br>BRADLEY C.W. COMBS, ESQ.<br>3100 W. Charleston Blvd., Suite 208<br>Las Vegas, NV 89102 | DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV 89101 |
| NEYHART, ANDERSON, FLYNN & GROSBOLL | JACKSON LEWIS, P.C. |
| /s/s Benjamin K. Lunch | /s/ Kerry S. Martin |
| BENJAMIN K. LUNCH, ESQ.<br>CASSIE M. PEABODY, ESQ.<br>369 Pine Street, Suite 800<br>San Francisco, CA 94104<br>*Attorneys for Respondent/ Counter - Petitioner* | KERRY S. MARTIN, ESQ.<br>2111 E. Highland Avenue<br>Suite B-250<br>Phoenix, AZ 85016<br>*Attorneys for Petitioner/Counter-Respondent* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED Oct 3, 2025

FP 57069482.2

2