**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South 4th Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: akheel@fisherphillips.com

**JACKSON LEWIS, P.C.**
KERRY S. MARTIN, ESQ.
*Admitted pro hac vice*
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ  85016
Telephone:  602-714-7031
Email:  Kerry.Martin@jacksonlewis.com
*Attorneys for Petitioner and Counter-Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | Case No. 2:25-cv-01051-JCM-DJA |
| Petitioner and Counter-Respondent, | **STIPULATION AND ORDER TO EXTEND TIME FOR PETITIONER AND COUNTER-RESPONDENT TO FILE ITS MOTION FOR SUMMARY JUDGMENT IN SUPPORT OF ITS PETITION TO REVIEW ARBITRATION AWARD** |
| v. | |
| AMALGAMATED TRANSIT UNION LOCAL 1637, | |
| Respondent and Counter-Petitioner. | **(SECOND REQUEST)** |

Petitioner and Counter-Respondent MV Transportation, Inc. ("MV" or "the Employer"), by and through its counsel of record, Fisher Phillips LLP, and Respondent and Counter-Petitioner Amalgamated Transit Union Local 1637 ("ATU 1637" or "Respondent") hereby stipulate and agree to extend the deadline for Petitioner and

FP 60228555.2

Counter-Respondent to file its Motion for Summary Judgment from **November 10, 2025 to November 17, 2025**.

Respondent and Counter-Petitioner will file its response and cross-motion for summary judgment within 60 days of service of Petitioner's motion. Petitioner and Counter-Respondent will then have 30 days from the service of opposition to its motion to file a reply.

This request is not made for the purpose of delay. Instead, undersigned counsel has overlapping briefing and case obligations in another matter and the short seven (7) day extension is needed to fully present briefing to this Court for consideration. This is the second request for an extension of this deadline. For good cause shown, the parties request that their stipulation be granted.

Dated this 5th day of November, 2025.

| REESE RING VELTO, PLLC | FISHER & PHILLIPS, LLP |
|---|---|
| /s/   Nathan Ring | /s/   David B. Dornak |
| NATHAN R. RING, ESQ.<br>BRADLEY C.W. COMBS, ESQ.<br>3100 W. Charleston Blvd., Suite 208<br>Las Vegas, NV  89102 | DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 South Fourth Street, Suite 1500<br>Las Vegas, NV   89101 |
| NEYHART, ANDERSON, FLYNN & GROSBOLL | JACKSON LEWIS, P.C. |
| /s/ Benjamin K. Lunch | /s/ Kerry S. Martin |
| BENJAMIN K. LUNCH, ESQ.<br>CASSIE M. PEABODY, ESQ.<br>369 Pine Street, Suite 800<br>San Francisco, CA  94104 | KERRY S. MARTIN, ESQ.<br>2111 E. Highland Avenue<br>Suite B-250<br>Phoenix, AZ  85016 |
| *Attorneys for Respondent/ Counter - Petitioner* | *Attorneys for Petitioner/Counter-Respondent* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
November 7, 2025
_____
DATED

2

FP 60228555.2