**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South 4th Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: akheel@fisherphillips.com

**JACKSON LEWIS, P.C.**
KERRY S. MARTIN, ESQ.
*Admitted pro hac vice*
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ  85016
Telephone:  602-714-7031
Email:  Kerry.Martin@jacksonlewis.com
*Attorneys for Petitioner and Counter-Respondent*

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MV TRANSPORTATION, INC.,

      Petitioner and Counter-Respondent,

v.

AMALGAMATED TRANSIT UNION LOCAL 1637,

      Respondent and Counter-Petitioner.

) Case No. 2:25-cv-01051-JCM-DJA
)
) **STIPULATION AND ORDER TO**
) **EXTEND TIME FOR**
) **PETITIONER AND COUNTER-**
) **RESPONDENT TO FILE ITS**
) **REPLY IN SUPPORT OF ITS**
) **MOTION FOR SUMMARY**
) **JUDGMENT AND RESPONSE TO**
) **RESPONDENT'S COUNTER**
) **MOTION FOR SUMMARY**
) **JUDGEMENT**
)
) **(FIRST REQUEST)**

Petitioner and Counter-Respondent MV Transportation, Inc. ("MV" or "the Employer") and Respondent and Counter-Petitioner Amalgamated Transit Union Local 1637 ("ATU 1637" or "Respondent"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for MV to file its Reply in

FP 61845503.1

support of its motion for summary judgment (ECF No. 29) and Respondent's Motion for summary judgment (ECF No. 31) from **February 17, 2026 to February 24, 2026**.

This request is not made for the purpose of delay. Instead, this short extension is requested due to undersigned counsel for MV case calendar and travel.  This is the first request for an extension of this deadline. For good cause shown, the parties request that their stipulation be granted.

Dated this 12th day of February, 2026.

REESE RING VELTO, PLLC                 FISHER & PHILLIPS, LLP

/s/ Nathan R. Ring                               /s/    David B. Dornak
NATHAN R. RING, ESQ.                       DAVID B. DORNAK, ESQ.
BRADLEY C.W. COMBS, ESQ.             300 South Fourth Street, Suite 1500
3100 W. Charleston Blvd., Suite 208      Las Vegas, NV   89101
Las Vegas, NV  89102

NEYHART, ANDERSON, FLYNN           JACKSON LEWIS, P.C.
& GROSBOLL

/s/ Benjamin K. Lunch                          /s/ Kerry S. Martin
BENJAMIN K. LUNCH, ESQ.               KERRY S. MARTIN, ESQ.
CASSIE M. PEABODY, ESQ.               2111 E. Highland Avenue
369 Pine Street, Suite 800                     Suite B-250
San Francisco, CA  94104                     Phoenix, AZ  85016

*Attorneys for Respondent/Counter-Petitioner*          *Attorneys for Petitioner/Counter-Respondent*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

_____
DATED   February 17, 2026

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

2

FP 61845503.1