**FISHER & PHILLIPS LLP**
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 South 4th Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: akheel@fisherphillips.com

**JACKSON LEWIS, P.C.**
KERRY S. MARTIN, ESQ.
*Admitted pro hac vice*
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ  85016
Telephone:  602-714-7031
Email:  Kerry.Martin@jacksonlewis.com
*Attorneys for Petitioner and Counter-Respondent*

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MV TRANSPORTATION, INC., | ) Case No. 2:25-cv-01051-JCM-DJA |
| | ) |
| Petitioner and Counter-Respondent, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR** |
| | ) **PETITIONER AND COUNTER-** |
| v. | ) **RESPONDENT TO FILE ITS** |
| | ) **REPLY IN SUPPORT OF ITS** |
| AMALGAMATED TRANSIT UNION | ) **MOTION FOR SUMMARY** |
| LOCAL 1637, | ) **JUDGMENT AND RESPONSE TO** |
| | ) **RESPONDENT'S COUNTER** |
| Respondent and | ) **MOTION FOR SUMMARY** |
| Counter-Petitioner. | ) **JUDGEMENT** |
| | ) |
| | ) **(SECOND REQUEST)** |

Petitioner and Counter-Respondent MV Transportation, Inc. ("MV" or "the Petitioner") and Respondent and Counter-Petitioner Amalgamated Transit Union Local 1637 ("ATU 1637" or "Respondent"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for MV to file its Reply in

FP 62010144.1

Support of its Motion for Summary Judgment (ECF No. 29) and Response to Respondent's Motion for Summary Judgment (ECF No. 31) from **February 24, 2026 to February 27, 2026**.

This request is not made for the purpose of delay. Instead, this short extension is requested due to undersigned counsel for MV's illness over the last week. This is the second request for an extension of this deadline. For good cause shown, the parties request that their stipulation be granted.

Dated this 24th of February, 2026.

REESE RING VELTO, PLLC

/s/    Nathan R. Ring
NATHAN R. RING, ESQ.
BRADLEY C.W. COMBS, ESQ.
3100 W. Charleston Blvd., Suite 208
Las Vegas, NV  89102

NEYHART, ANDERSON, FLYNN
& GROSBOLL

/s/ Benjamin K. Lunch
BENJAMIN K. LUNCH, ESQ.
CASSIE M. PEABODY, ESQ.
369 Pine Street, Suite 800
San Francisco, CA  94104

*Attorneys for Respondent/Counter-Petitioner*

FISHER & PHILLIPS, LLP

/s/    David B. Dornak
DAVID B. DORNAK, ESQ.
300 South Fourth Street, Suite 1500
Las Vegas, NV   89101

JACKSON LEWIS, P.C.

/s/ Kerry S. Martin
KERRY S. MARTIN, ESQ.
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ  85016

*Attorneys    for    Petitioner/Counter-Respondent*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
February 25. 2026
DATED

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

2

FP 62010144.1